

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00495-CV

Prevail Energy Incorporated
v.
Aegus Oil LLC

On Appeal from the
135th District Court of DevWitt County, Texas
Trial Cause No. 11-06-21,923

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

October 9, 2014